AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
11 AUG 30 PM 4:06
OFFICE OF THE CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 8:11MJ189 |
| JONATHAN L. KENNEDY | ) | |
| Defendant | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of _____ in the county of _____ in the _____ District of _____ Nebraska _____ , the defendant violated _____ U. S. C. § _____ , an offense described as follows:

From on or about April, 2011 through July, 2011, in the District of Nebraska the defendant, JONATHAN L. KENNEDY, having previously been convicted in the State of Minnesota of an offense requiring him to register as a sex offender, to wit: 2nd Degree Assault of a 15 year old, did travel in interstate commerce from Georgia to Nebraska, and knowingly failed to register as a sex offender in the State of Nebraska, where he resided, worked, and remained, as required by the Sex Offender Registration and Notification Act.

In violation of Title 18, United States Code, Section 2250(a).

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

SHANE A KNOPP, Deputy United States Marshal
Printed name and title

Sworn to before me and signed in my presence.

Date: 08/30/2011

_____
Judge's signature

City and state:   OMAHA, NEBRASKA

THOMAS D. THALKEN, U.S. MAGISTRATE JUDGE
Printed name and title

## AFFIDAVIT

UNITED STATES OF AMERICA  )
                          )  ss:
DISTRICT OF NEBRASKA      )

Your affiant, Shane A. Knopp, being first duly sworn on oath, deposes and states the following:

1. Your affiant is employed as a Deputy United States Marshal with the United States Marshals Service and has been assigned to the District of Nebraska since 2010. I am a graduate of the Federal Law Enforcement Training Center, Criminal Investigator Training Program and hold a Bachelors Degree in Mechanical Engineering. As part of my duties I am assigned to investigate individuals who may be in violation of Title 18 U.S.C., Section 2250a.

2. I have participated in an investigation regarding a violation of Title 18 U.S.C., 2250a, wherein, Jonathan Lamar KENNEDY failed to register as a sex offender. In this capacity, I have developed the following information:

3. Jonathan Lamar KENNEDY was sentenced to thirty-three months incarceration on 10/10/2001 for Kidnapping, MN 609 25/1(2) &/2(1), in Kandiyohi County, MN and on 01/11/2007 for Failure to Register as a Sex Offender in Jackson County, WV. KENNEDY is required to register as a sex offender for ten years (through 12/04/2019).

4. On 8/17/2011, Staci Behne from the Nebraska Sex Offender Registry contacted the U.S. Marshal's Office in the District of Nebraska with the following information regarding Jonathan Lamar KENNEDY:

On 7/27/2011, The Box Butte County Sherriff's Office arrested Jonathan Lamar KENNEDY and determined that he is an unregistered sex offender. Further

investigation in KENNEDY revealed that his original sex offense was in Kandiyohi County, MN in 2001. He was convicted of Kidnapping and 2nd Degree Assault of a 15 year old, and served 33 months in the Minnesota Department of Corrections. This conviction resulted in his registry with the Minnesota Sex Offender Registry. In 08/08/2007, KENNEDY was convicted for Failure to Register in Jackson County, WV and served approximately two years in the West Virginia Department of Corrections. On 7/27/2011, the Alliance, NE police department had contact with KENNEDY. After determining that KENNEDY is a non-compliant sex offender, the Alliance police department took KENNEDY into custody. KENNEDY's last registered address was 259 Erie Street Andersonville, Macon County, GA. Paul Burke of the Georgia Bureau of Investigations confirmed that KENNEDY has not submitted any changes of address to Nebraska, nor has he registered in the state of Nebraska according to Staci Behne. KENNEDY was subsequently arrested and is in custody at the Box Butte County Jail.

5. A typed and signed affidavit was received from Elizabeth Taylor-Herdt on 8/30/2011. This affidavit stated that Jonathan Lamar KENNEDY resided at 602 Mississippi Avenue Alliance, NE 69301 from April 2011 thru 7/27/2011. During this time, KENNEDY worked for Hometown Roofing and worked at Elizabeth Taylor-Herdt's residence. Sherriff Mowry witnessed Elizabeth Taylor-Herdt make her statement.

6. Staci Behne / Nebraska Sex Offender Analyst, verified that KENNEDY has never registered with the Box Butte County Sheriff or Nebraska State Patrol.

7. The Georgia Sex Offender Registry confirmed on 8/30/2011 that KENNEDY's last registered address is at 259 Erie Street Andersonville, Macon County, GA.

8. Based on the facts and circumstances outlined above, your affiant believes that Jonathan Lamar KENNEDY did travel in interstate commerce and knowingly and

intentionally failed to register as a sex offender in violation of Title 18, U.S.C., Section 2250a.

Shane A. Knopp
Deputy United States Marshal

It is subscribed and sworn to before me this 30th day of August, 2011.

Thomas Thalken
U.S. Magistrate Judge